# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HEATHER D. GRADY**                                                                **PLAINTIFF**

**v.**                        **Case No. 4:23-cv-00840-KGB**

**SOCIAL SECURITY ADMINISTRATION,** *et al.*                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Heather D. Grady's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

So adjudged this 19th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge